1  WRIGHT, FINLAY & ZAK, LLP
   Matthew S. Carter, Esq.
2  Nevada Bar No. 09524
   Lindsay D. Robbins, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7967; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders Of*
7  *The GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8*

8              **UNITED STATES DISTRICT COURT**

9                **DISTRICT OF NEVADA**

10 DEUTSCHE BANK NATIONAL TRUST          Case No.: 2:19-cv-00761-GMN-CWH
   COMPANY, AS TRUSTEE FOR THE
11 HOLDERS OF THE GSAA HOME EQUITY       **STIPULATION AND ORDER TO**
   TRUST 2005-8, ASSET-BACKED            **EXTEND TIME TO RESPOND TO**
12 CERTIFICATES, SERIES 2005-8,          **DEFENDANT'S MOTION TO DISMISS**
13
                 Plaintiff,              **[First Request]**
14
          vs.
15
   COMMONWEALTH LAND TITLE
16 INSURANCE COMPANY,
17
                 Defendants.
18

19         Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders Of The

20 GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8 ("Deutsche Bank"),

21 and Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), by and

22 through their respective attorneys of records, and hereby agree and stipulate as follows.

23

24    1.  On June 5, 2019, Commonwealth filed a Motion to Dismiss [ECF No. 8] ("Motion");

25    2.  Deutsche Bank's response to Commonwealth's Motion is due June 19, 2019;

26

27

28

3. Deutsche Bank's counsel is requesting an additional thirty (30) days to file its response to Commonwealth's Motion, and thus requests up to July 19, 2019, to file an Opposition;

4. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in Commonwealth's Motion.

5. Counsel for Commonwealth does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

7.  In addition, the Parties stipulate to stay discovery pending conclusion of briefing on the Motion to Dismiss [ECF No. 8]; in other words, through the date that Commonwealth files its Reply in support of its Motion to Dismiss. Thereafter, discovery shall automatically resume.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 17th of June, 2019. | DATED this 17th of June, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Christina V. Miller (Bar No. 12448 for)* | |
| Matthew S. Carter, Esq. | */s/ Sophia S. Lau* |
| Nevada Bar No. 9524 | Kevin S. Sinclair, Esq., |
| Lindsay D. Robbins, Esq. | Nevada Bar No. 12277 |
| Nevada Bar No. 13474 | Sophia S. Lau, Esq., |
| 7785 W. Sahara Ave., Suite 200 | Nevada Bar No. 13365 |
| Las Vegas, NV 89117 | 8716 Spanish Ridge Avenue, Suite 105 |
| *Attorneys for Plaintiff Deutsche Bank* | Las Vegas, Nevada 89148 |
| *National Trust Company, As Trustee For The* | *Attorneys for Defendant, Commonwealth* |
| *Holders Of The GSAA Home Equity Trust* | *Land title Insurance Company* |
| *2005-8, Asset-Backed Certificates, Series* | |
| *2005-8* | |

## ORDER

**IT IS HEREBY ORDERED** that the above stipulation to extend time, (ECF No. 10), is **GRANTED in part and DENIED in part.** Deutsche Bank shall have until July 19, 2019, to file its response to the pending Motion to Dismiss. However, the Court denies without prejudice the parties' request to stay discovery. The Parties may re-raise this request in a separate stipulation filed on the docket.

Dated this ___20___ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNTIED STATES DISTRICT COURT

Page 3 of 3