WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Holders of the GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE GSAA HOME EQUITY TRUST 2005-8, ASSET-BACKED CERTIFICATES, SERIES 2005-8, <br><br> Plaintiff, <br> vs. <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:19-cv-00761-GMN-DJA <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Holders of the GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8 and Defendant, Commonwealth Land Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

1   **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2   WITH PREJUDICE, with each party to bear its own fees and costs.

3   DATED this 14th day of August, 2023.   DATED this 14th day of August, 2023.

4   WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN LLP

6   /s/ Lindsay D. Dragon   /s/ Kevin S. Sinclair, Esq.
    Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
7   Nevada Bar No. 13474   Nevada Bar No. 12277
    7785 W. Sahara Ave., Suite 200   16501 Ventura Blvd, Suite 400
8   Las Vegas, NV 89117   Encino, California 91436
    *Attorney for Plaintiff, Deutsche Bank*   *Attorneys for Defendant, Commonwealth*
9   *National Trust Company, as Trustee for the*   *Land Title Insurance Company*
    *Holders of the GSAA Home Equity Trust*
10  *2005-8, Asset-Backed Certificates, Series*
11  *2005-8*

15  **IT IS SO ORDERED.**

16  DATED: August 14, 2023

17  _____
    Gloria M. Navarro
18  UNITED STATES DISTRICT JDUGE